IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-414-FL

| LINDA K HUGGINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| N.C. DEPT. of ADMINISTRATION, N.C. HUMAN RELATIONS COMMISSION,, | ) | |
| Defendant. | ) | |

There currently are five pending motions in this case initiated by plaintiff on her own behalf. Three are the subject of referral to the magistrate judge.[1] Coming now before the undersigned are remaining two motions, recently ripened. These include (DE # 26) Defendant's Motion for Extension of Time to Select Mediator and (DE # 29) Plaintiff's Motion in Limine to Exclude Testimony.

The parties have been unable to agree as to designation of mediator. Given pendency of substantive motion, and in light of this disagreement, in the interest of continued efficient administration of the case, the court ALLOWS said motion (DE# 26) so as to provide the parties opportunity after decision on the motions now referred to the magistrate judge to confer more particularly, as necessary, in order to reach agreement. As such, mediation is currently stayed.

---

[1] Motions now pending before Magistrate Judge David W. Daniel include (DE # 9)Defendant's Motion to Dismiss; (DE # 16) Plaintiff's Motion to Amend Complaint; and (DE # 17) Plaintiff's Motion to Appoint Counsel.

Turning to the other motion now pending, defendant is correct that the subject matter of same raises issues more properly reserved for decision in the context of trial. The court DENIES the motion (DE# 29) without prejudice to its renewal by plaintiff during trial.

SO ORDERED, this the 25th day of February, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge