UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
FILE NO. 5:10 CV 414

| | |
|---|---|
| LINDA K. HUGGINS )<br>   Plaintiff, )<br> )<br>v. )<br> )<br> )<br>N.C. DEPT. of ADMINISTRATION, )<br>N.C. HUMAN RELATIONS )<br>COMMISSION )<br>   Defendant. ) | ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>TO DEPOSE WITNESSES AND TO<br>SERVE DISPOSITIVE MOTIONS |

Pursuant to Defendant having moved this Court to allow Defendant an extension of time to depose witnesses and to serve dispositive motions, it is hereby ORDERED that good cause exists to grant Defendant's Motion.

THEREFORE, the Court ORDERS AND DECREES THAT Defendant's Motion to allow Defendant an extension of thirty (30) days up to and including June 1, 2012, in which to depose witnesses and sixty (60) days up to and including July 2, 2012, in which to file dispositive motions is GRANTED.

This the 1st day of May, 2012.

*(signature)*
LOUISE W. FLANAGAN
Chief United States District Judge