UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LINDA K. HUGGINS,             )
                              )
            Plaintiff,        )
                              )
v.                            )   **JUDGMENT**
                              )
                              )   No. 5:10-CV-414-FL
                              )
N.C. DEPT. of ADMINISTRATION, N.C. )
HUMAN RELATIONS COMMISSION,   )
                              )
            Defendant.        )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and the memorandum and recommendation of the United States Magistrate Judge to which plaintiff timely objected and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 13, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 13, 2013, and Copies To:**

Christopher James Anglin (via CM/ECF Notice of Electronic Filing)
Mary Ann Stone (via CM/ECF Notice of Electronic Filing)
Linda K. Huggins (via U.S. Mail) 4000 Manor Club Drive # 318, Raleigh, NC 27612


September 13, 2013            JULIE A. RICHARDS, CLERK
                               /s/ Christa N. Baker
                              _____
                              (By) Christa N. Baker, Deputy Clerk

